FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES PRICE, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY CO., <br><br> Defendant. | No. 2:25-CV-00410-RLP <br><br> ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED HIPAA-COMPLIANT PROTECTIVE ORDER |

Before the Court is the parties' Joint Motion for Entry of Agreed HIPAA-Compliant Protective Order, ECF No. 19. The parties ask the Court to enter a protective order providing certain protections for any medical records obtained by any party in this litigation by subpoena, consistent with the Health Insurance Portability and Accountability Act ("HIPAA") regulations, 45 C.F.R. § 164.512. *Id*. at 2-3. Defendant BNSF describes "medical records" as records of a HIPAA "covered entity" that contain "health information" as described in HIPAA. 45 C.F.R. § 160.103.

ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED HIPAA-COMPLIANT PROTECTIVE ORDER * 1

The parties state that regulations issued under the HIPAA contemplate entry of a qualified protective order providing protection of records obtained from covered healthcare providers during litigation. ECF No. 19 at 3, citing 45 C.F.R. §§ 164.512(e)(1)(ii)(B), 164.512(e)(1)(iv) (referring to a "qualified protective order"). The parties request that the Court enter a "qualified protective order" as described in § 164.512(e)(1)(v) applicable to any records either party obtains in this litigation by subpoena in order to provide the level of privacy protection specified by HIPAA as to such records. ECF No. 19 at 4.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. The Court finds good cause under Fed. R. Civ. P. 26(c) to issue an order to protect the categories of information identified by the parties in this case. If the parties have other, specifically identified materials they believe to be the proper subjects of a protective order, they may bring another motion or stipulated order before the Court for its consideration.

**ACCORDINGLY, IT IS ORDERED** that the parties' Joint Motion for Entry of Agreed HIPAA-Compliant Protective Order, **ECF No. 19**, is **GRANTED.**

## STIPULATED PROTECTIVE ORDER

The parties have agreed, and the Court orders, that good cause exists to issue a HIPAA-compliant protective order providing the protections set out in 45 C.F.R. § 164.512(e)(1)(v) for any medical records obtained in this case by subpoena,

including any such records concerning the plaintiff, Charles Price. Accordingly, it is ORDERED that with respect to any medical records obtained by way of a subpoena issued in this lawsuit:

    1.    The parties are prohibited from using or disclosing any protected health information contained in such records for any purpose other than this litigation; and

    2.    At the end of this litigation, the parties are required to either destroy or to return to the source from which the medical records were obtained any protected health information contained in such records. Notwithstanding the foregoing, Plaintiff Charles Price is not required to return or destroy any records containing his own protected health information; nor is Plaintiff's counsel required to do so.

    3.    The term "medical records" refers to records of a "covered entity" that contain "health information" as defined in the regulations issued pursuant to the Health Insurance Portability and Accountability Act, including 45 C.F.R. § 160.103.

    4.    This Order does not constitute a ruling that any particular medical records are discoverable or admissible but is entered to provide a HIPAA-compliant protective order applicable to any records that are obtained through a subpoena in this litigation.

ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED HIPAA-COMPLIANT PROTECTIVE ORDER * 3

**IT IS SO ORDERED.** The District Court Executive shall enter this order and provide copies to counsel.

**DATED** February 5, 2026.



REBECCA L. PENNELL
United States District Judge