FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHARLES PRICE,

Plaintiff,

v.

BNSF RAILWAY CO.,

Defendant.

No. 2:25-CV-00410-RLP

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 25, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having reviewed the stipulation and the record and being fully advised, finds good cause to grant the motion.

**ACCORDINGLY, IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal, **ECF No. 25**, is **GRANTED**. All claims of Plaintiff Charles Price against Defendant BNSF Railway Company in the above-captioned action are **DISMISSED WITH**

**PREJUDICE**, with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise.

**IT IS SO ORDERED.** The District Court Executive shall enter this order, enter judgment, provide copies to counsel, and CLOSE THE CASE.

**DATED** October 7, 2026.

REBECCA L. PENNELL
United States District Judge